**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6138

_____

WILLIAM L. CHANDLER,

              Plaintiff - Appellant,

        v.

B. J. ROBERTS, Sheriff,

              Defendant – Appellee,

      and

GEORGE M. ROGERS, III, Attorney at Law; ANTHON BELL,
Commonwealth Attorney,

              Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:13-cv-01115-GBL-IDD)

_____

Submitted:  May 22, 2014              Decided:  May 29, 2014

_____

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William L. Chandler, Appellant Pro Se.  Samuel Lawrence
Dumville, NORRIS & ST. CLAIR P.C., Virginia Beach, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William L. Chandler appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) action, pursuant to 28 U.S.C. § 1915A(b)(1) (2012), and he has filed a motion to proceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, although we grant Chandler's motion to proceed in forma pauperis, we affirm the district court's orders. <u>Chandler v. Roberts</u>, No. 1:13-cv-01115-GBL-IDD (E.D. Va. Oct. 28, 2013; Dec. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>